UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LEVAN ALPHAIDZE,

Plaintiff,

v.

MARKWAYNE MULLIN, U.S. Department of Homeland Security; JOSEPH B. EDLOW, U.S. Citizenship and Immigration Services; TODD BLANCHE, Attorney General and KASH PATEL, Director of Federal Bureau of Investigation,

Defendants.

-----------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Civil Action No. 26-cv-3440

(Merchant, J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, New York
July 22, 2026

SIROTA & ASSOCIATES, P.C.
*Attorney for Plaintiff*
128 Brighton 11th Street, Suite 2
Brooklyn, New York 11235

By: */s/ Vladislav S. Sirota*
Vladislav S. Sirota, Esq.
(718) 265-5900
INFO@NYWINLAW.COM

Dated: Central Islip, New York
July 22, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
610 Federal Plaza, 5th Fl.
Central Islip, New York 11722

By: */s/ Robert W. Schumacher, II*
Robert W. Schumacher, II
Assistant U.S. Attorney
(631) 715-7871
robert.schumacher@usdoj.gov